Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURENT AMBARD,** | ) Case No. 2:11-cv-02921-R -AGR |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **ARS NATIONAL SERVICES INC.,** | ) |
| Defendant. | ) |
| _____ ) | _____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 6th day of June, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1  Filed electronically on this 6th day of June, 2011, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Manuel L. Real
   United States District Court
6  Central District of California

7

8  Susan L. Germaise
   McGuireWoods LLP
9  1800 Century Park East
   8th Floor
10 Los Angeles, CA 90067

11
   This 6th day of June, 2011.
12

13 s/Todd M. Friedman
   Todd M. Friedman
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement - 2